AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Walker, John M. | United States Court of Appeals for the Second Circuit | 05/05/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Circuit Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| US Court of Appeals : Second Circuit<br>157 Church Street<br>New Haven, CT 06510 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Dwight D. Opperman Institute of Judicial Administration |
| 2. Past President | Federal Judges Association |
| 3. Director | U.S. Association of Constitituional Law |
| 4. Director | Friends of CEELI |
| 5. Director | American Society of International Law, Judicial Advisory Board |
| 6. Director | Spencer Williams Foundation for Judicial Independence |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Walker, John M.

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 05/05/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Feb-May | Income as Lecturer, Yale Law School | $29,167.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Aspen Institute | 7/9 - 7/16/09 | Aspen Colorado | Educational seminar | Transportation, meals, lodging |
| 2. | Oklahoma City University School of Law | 11/15 - 11/18/09 | Oklahoma City, Oklahoma | Educational seminar | Transportation, meals, lodging |
| 3. | International Judicial Academy | 11/19 - 11/20/09 | New York, New York | Rule of Law seminar | Transportation, meals, lodging |
| 4. | National Committee on US-China Relations | 12/7 - 12/15/09 | Shanghai, China | Educational seminar | Transportation, meals, lodging |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Walker, John M. | 05/05/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. Investments and Trusts

| Description of Assets | A (1) Amount Code | A (2) Type | B (1) Value Code | B (2) Value Method | C (1) Type | C (2) Date Month/day | C (3) Value Code | C (4) Gain Code | D (5) Identity of buyer/seller If private trans |
|---|---|---|---|---|---|---|---|---|---|
| | | Income during reporting period | Gross Value at end of reporting period | | Transactions during reporting period / If not exempt from disclosure | | | | |
| --COMMON STOCK-- | | | | | | | | | |
| AES CORP | | None | K | T | Partial Sale | 12/15 | K | | |
| AMERICAN TOWER CORP | | None | L | T | BUY | 5/6 | K | | |
| ARCTIC GLACIER INCOME FUND | | None | J | T | | | | | |
| AT & T INC COM | | None | J | T | BUY | 11/30 | J | | |
| BECTON DICKINSON & CO | | None | K | T | BUY | 9/28 | K | | |
| BED BATH & BEYOND INC | | None | K | T | Partial Sale | 9/17 | K | D | |
| BERKSHIRE HATHAWAY INC CL B | | None | K | T | Partial Sale | 11/23 | J | | |
| BHP BILLITON LTD SPONSORED ADR | A | DIVIDEND | L | T | BUY | 4/28 | K | | |
| BROOKFIELD ASSET MNGT INC CL A | A | DIVIDEND | J | T | | | | | |
| CAPITAL ONE FINANCIAL | A | DIVIDEND | | | SALE | 2/11 | J | | |
| CARMAX | | None | K | T | | | | | |
| CELGENCE CORP | | None | K | T | BUY | 7/17 | K | | |
| CHESAPEAKE ENERGY | A | DIVIDEND | K | T | | | | | |
| CHEVRON CORP | B | DIVIDEND | L | T | BUY | 3/31 | K | | |
| CHIMERA INVESTMENT CORP | | None | | | SALE | 1/28 | J | | |
| CISCO SYST. INC | | None | L | T | | | | | |
| CLEAR CHANNEL OUTDOOR | | None | K | T | BUY | 7/28 | J | | |
| CLEAR MEDIA LTD. | | None | J | T | | | | | |
| DISCOVERY COMMUNICATIONS - A | | None | K | T | | | | | |
| EATON CORP | A | DIVIDEND | | | BUY | 3/13 | K | | |
| | | | | | SALE | 4/21 | L | | |
| FPIC INSURANCE GROUP INC | | None | J | T | BUY | 11/3 | J | | |
| GENERAL ELECTRIC CO. | A | DIVIDEND | J | T | | | | | |
| GLADSTONE COMM CORP | A | DIVIDEND | J | T | | | | | |
| INTERNATIONAL BUSINESS MACHINES CORP | B | DIVIDEND | M | T | | | | | |
| K12 INC COM | | None | K | T | BUY | 6/26 | K | | |

## VII. Investments and Trusts

| Description of Assets | A. Income during reporting period | | B. Gross Value at end of reporting period | | C. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code | (2) Type | (1) Value Code | (2) Value Method | (1) Type | (2) Date: Month/day | (3) Value Code | (4) Gain Code | (5) Identity of buyer/seller if private trans |
| LAMAR ADVERTISING CO CL A | | None | J | T | BUY | 2/27 | J | | |
| LAMAR ADVERTISING INC | | None | | | SALE | 4/9 | J | | |
| LOWES CO. INC. | A | DIVIDEND | L | T | | | | | |
| MARKEL CORPORATION | | None | K | T | | | | | |
| MICROS SYSTEMS INC | | None | K | T | Partial Sale | 4/1 | J | | |
| MICROSOFT CORP. | A | DIVIDEND | L | T | | | | | |
| MILLICOM INTERNATIONAL | | None | K | T | | | | | |
| NATIONAL PRESTO INDUSTRIES | | None | | | SALE | 2/4 | K | A | |
| NEOGEN CORP | | None | K | T | Partial sale | 12/21 | J | A | |
| NEWALTA INCOME FD TRUST UNIT | A | DIVIDEND | J | T | | | | | |
| ODYSSEY HEALTHCARE | | None | L | T | | | | | |
| ORACLE CORPORATION | A | DIVIDEND | M | T | Partial Sale | 9/3 | K | D | |
| PENN NATIONAL GAMING | | None | J | T | | | | | |
| PEPSICO INC. | B | DIVIDEND | L | T | | | | | |
| PERKIN ELMER INC | | None | | | BUY | 9/15 | K | | |
| | | | | | SALE | 9/24 | K | | |
| PIONEER NATURAL | | None | K | T | | | | | |
| POOL CORP | A | DIVIDEND | K | T | | | | | |
| POZEN INC | | None | J | T | BUY | 5/4 | J | | |
| | | | | | BUY | 5/6 | J | | |
| PRIME INFASTRUCTURE HOLDINGS | | None | J | T | BUY | 12/15 | J | | |
| | | | | | BUY | 12/17 | J | | |
| | | | | | BUY | 12/18 | J | | |
| PROCTOR & GAMBLE | B | DIVIDEND | L | T | BUY | 12/1 | L | | |
| SBA COMMUNICATIONS CORP | | None | | | Partial Sale | 2/27 | K | D | |
| | | | | | SALE | 5/6 | K | E | |
| SIRIUS SATELLITE RADIO | | None | | | SALE | 1/27 | J | | |
| SMUCKER JM & CO | B | DIVIDEND | L | T | | | | | |

## VII. Investments and Trusts

| Description of Assets | A (1) Amount Code | A (2) Type | B (1) Value Code | B (2) Value Method | C (1) Type | C (2) Date: Month/day | C (3) Value Code | C (4) Gain Code | C (5) Identity of buyer/seller if private trans |
|---|---|---|---|---|---|---|---|---|---|
| | | Income during reporting period | Gross Value at end of reporting period | | Transactions during reporting period — If not exempt from disclosure | | | | |
| SOLARWINDS INC COM | | None | J | T | BUY | 12/1 | J | | |
| SPDR GOLD TR SHS | | None | K | T | BUY | 5/4 | K | | |
| SUPER MICRO COMPUTER INC | | None | L | T | | | | | |
| TAIWAN SEMICONDUCTOR | B | DIVIDEND | K | T | Partial Sale | 8/14 | J | A | |
| THERMO FISCHER SCIENTIFIC INC | | None | L | T | | | | | |
| UNITED BANKSHARES INC | A | DIVIDEND | | | SALE | 5/20 | J | | |
| UNITED TECHNOLOGIES CORP | | None | J | T | BUY | 12/1 | J | | |
| UNIVERSAL DISPLAY CORP | | None | J | T | | | | | |
| URSTADT BIDDLE PPT A | B | DIVIDEND | K | T | | | | | |
| VARIAN MEDICAL SYSTEMS | | None | L | T | | | | | |
| WAL MART STORES INC | B | DIVIDEND | L | T | BUY | 12/1 | K | | |
| WELLS FARGO & CO NEW | A | DIVIDEND | L | T | Partial Sale | 6/17 | J | | |
| | | | | | BUY | 12/1 | J | | |
| --CASH & EQUIVALENTS-- | | | | | | | | | |
| PERSHING GOVERNMENT ACCOUNT | | None | K | T | | | | | |
| FIDELITY CASH | A | INTEREST | K | T | | | | | |
| DREYFUS TREASURY PRIME INV SH | A | DIVIDEND | K | T | | | | | |
| --CORPORATE BONDS-- | | | | | | | | | |
| FHLB 5.00% due 02/04/09 | B | INTEREST | | | SALE | 2/4 | L | A | |
| AMERICAN EXPRESS BANK FSB 3.150% | B | INTEREST | L | T | BUY | 2/11 | L | | |
| | | | | | Partial Sale | 12/3 | K | A | |
| --BANK ACCOUNTS-- | | | | | | | | | |
| BANK OF AMERICA | A | INTEREST | J | T | | | | | |
| CITIBANK | A | INTEREST | J | T | | | | | |
| PEOPLES BANK | A | INTEREST | J | T | | | | | |
| --OTHER INVESTMENTS-- | | | | | | | | | |
| NONE | | | | | | | | | |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544